AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

JAN 1 0 2022

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. C-22-00027M |
| Brian EDWARDS | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 24, 2021 _____ in the county of _____ Nueces _____ in the

__Southern__ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.  841 | Knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970, to wit;  76.93 grams , approximate gross weight, of Methamphetamine |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Todd Beach, Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to,  signature attested telephonically per  Fed.R.Crim.P. 4.1, and probable cause found:

Date:  January 10, 2022

*Judge's signature*

City and state: _____ Corpus Christi, Texas _____

Mitchel Neurock, United States Magistrate Judge
*Printed name and title*

**Attachment A- Affidavit**

On December 24, 2021, Corpus Christi Police Officer T. Huskey was patrolling in the area Morgan Ave. and Port Ave. in Corpus Christi Texas.  Officer Huskey observed a vehicle which was reported stolen in the Corpus Christi TX area.   Officer Huskey followed the vehicle to 1245 S. Port Ave., Corpus Christi Texas, where Officer Huskey observed an individual, later identified as Brian EDWARDS, sole occupant, exit the vehicle and walked in the business.    Officer Huskey verified that the vehicle was stolen.

Senior Officer (S/O) G. Luna and Officer B. Houck arrived at the scene to assist Officer Huskey.  Officer Huskey and Officer Houck made contact with EDWARDS and placed EDWARDS under arrest for State of Texas charge Unauthorized Use of a Motor Vehicle.   Officer Huskey conducted a search incident to arrest of EDWARDS and located in EDWARDS' right front shirt pocket a plastic bag which contained 2 plastic bags of methamphetamine and in EDWARDS' back right pants pocket the keys to the stolen vehicle.

Officers conducted an inventory search of the vehicle which officers located and seized methamphetamine, heroin, marijuana, synthetic marijuana, a loaded firearm, and ammunition.  Officer Huskey charged EDWARDS with State of Texas charges;   Unauthorized Use of a Motor Vehicle, Unlawful Possession of Firearm by Felon; Manufacturing Delivery of Controlled Substance PG 1; Possession of Marijuana 4oz<=5 lbs.

The amount of methamphetamine seized was 76.93 grams approximate weight and field tested positive for methamphetamine.

AUSA Robert Thorpe was contacted and accepted Federal Prosecution of EDWARDS.

The amount of methamphetamine infers distribution.

Todd A Beach
Task Force Officer

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found on this day January 10, 2022.

Mitchel Neurock, United States Magistrate Judge