UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER 2:22-mj-00027 |
| | § | |
| BRIAN EDWARDS | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Reid Manning, Assistant United States Attorney in and for the Southern District of Texas and shows to the Court that **BRIAN EDWARDS; DOB: 1970, TX SID# 10076270; FBI#307036JA8** is the defendant in the above-captioned case, which will be called for the purpose of Initial Appearance, in the United States District Court for the Southern District of Texas, Corpus Christi Division before the United States Magistrate on a date to be determined by the Court in Corpus Christi, Texas.

Petitioner further represents that the **Sheriff, Nueces County Jail, Corpus Christi, Texas**, will release the defendant into the custody of the United States Marshal or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the defendant has been heard in this cause and his final disposition has been resolved, he is to be returned by the United States Marshal into the custody of the **Sheriff, Nueces County Jail, Corpus Christi, Texas**, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on a date to be determined by the court, so that he may be heard in this cause.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By:  *s/ Reid Manning*

REID MANNING
Assistant United States Attorney
Texas State Bar No. 24078915
Southern District No. 3257199
800 N. Shoreline Blvd, Suite 500
Corpus Christi, Texas 78401
Tel. (361) 888-3111

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA                    §
                                            §
                                            §
v.                                          §   CRIMINAL NUMBER 2:22-mj-00027
                                            §
BRIAN EDWARDS                               §

TO:    Sheriff
       Nueces County
       Corpus Christi, Texas

TO:    United States Marshal, Southern District of Texas, or any
       authorized United States Marshal

## <u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

GREETING:

We command that you have the body of **BRIAN EDWARDS, DOB: 1970; TX SID#**
**10076270; FBI# 307036JA8** currently confined at the Nueces County Jail, Corpus Christi, Texas,
now duly committed to the custody of the Sheriff of Nueces County, Corpus Christi, Texas, under
safe and secure conduct before the United States District Court for the Southern District of Texas,
Corpus Christi Division at Corpus Christi, Texas, before the United States Magistrate Judge
_____, on the _____ day of January, 2022 at _____a.m./p.m. for
an Initial Appearance, and there and at that time to be heard in the above-styled and numbered
cause now pending against him in said Court; and immediately after the said case shall have been
disposed of, that you return him to the custody of the Sheriff of Nueces County, Corpus Christi,
Texas, under safe and secure conduct, and have you then and there this Writ.

3

4

WITNESS, United States Magistrate Judge _____, United States District Court

for the Southern District of Texas, and the seal of said Court at the City of Corpus Christi, Texas,

on this _____ day of January 2022.

_____

UNITED STATES MAGISTRATE JUDGE